ANTHONY CAVALLO and SUSIE CAVALLO, Appellants, v. MARIA HAGER and MARGERITA CARUSO, Respondents.— Action to have a certain deed declared to be a mortgage, and for relief based on that theory, which theory was rejected. Judgments for the defendants unanimously affirmed, with costs to each of the respondents. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

FRANCES B. DOELL, as Administratrix, etc., of ANDREW DOELL, Deceased, Appellant, v. LENA BULL, WILHELMINA ANDERSON, HOWARD DOELL and A. D. REALTY CORPORATION, Respondents.— Action to set aside a deed, made by a decedent to the three individual defendants, conveying real property to them, on the ground that it was procured through fraud. Judgment for the defendants unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

LEROY V. EDWARDS, Respondent, v. THE BLACKBURN-SMITH MFG. Co., INC., Appellant.— In an action to recover for salesman's commissions from his former employer, judgment in favor of plaintiff, entered on a verdict in the Trial Term, Nassau county, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

LEON ENGELSBERG, Respondent, v. JEAN HOROWITZ, Defendant, and MOLLYE HOROWITZ WIEDER, Appellant.— Judgment creditor's action to have a transfer of an interest in a sum of money by defendant Jean Horowitz to her sister, Mollye Horowitz Wieder, set aside to an extent sufficient to pay plaintiff's judgment, and to direct that said judgment be paid by defendant Wieder. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

MEYER FELDMAN, Appellant, v. FRANCES BAUM, Respondent. (Proceeding No. 1.) MEYER FELDMAN, Appellant, v. ADOLPH BAUM, Respondent. (Proceeding No. 2.) — Appeal by a judgment creditor from orders of the County Court of Nassau county vacating subpoenas against judgment debtors in supplementary proceedings. Orders reversed on the law and the facts, with ten dollars costs and disbursements, and motions to vacate denied, with ten dollars costs; the judgment debtors to appear for examination on five days' notice. No third party having made claim to a lien upon the judgments, the judgments belong to the judgment creditor and the court was without power to vacate the subpoenas. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

JOSEPHINE FENCL, Individually, and as Guardian ad Litem of ANTONIA FENCL, an Infant, Respondent, v. NELSON BROS. COAL COMPANY and RAYMOND DHAENEN, Appellants.— Joint action by the adult plaintiff and her infant daughter to recover damages for personal injuries, and by the adult plaintiff to recover also for property damage and loss of services. The injuries and damage were the result of a collision between the adult plaintiff's motor car, which she was driving, and a motor truck owned by the corporate defendant and driven by the individual defendant, its chauffeur. Appeal from a judgment in favor of plaintiffs and from an order denying motion for a new trial. Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.